*TREAT AS ORIGINAL*

FILED IN CLERK'S OFFICE
U.S.D.C. ATLANTA

FEB 13 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NENA ALLEN, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO.<br>1 01-CV-3691-CAM |
| HOUSING AUTHORITY FOR<br>THE CITY OF MARIETTA,<br>GEORGIA and LARRY<br>THOMPSON, in his official<br>capacity as Executive Director of<br>the Housing Authority for the City<br>of Marietta, Georgia, | |
| Defendants. | |
| HOUSING AUTHORITY FOR<br>THE CITY OF MARIETTA, d/b/a<br>MARIETTA HOUSING AUTHORITY, | |
| Plaintiff, | CIVIL ACTION FILE NO.<br>1 02- CV-1611-CAM |
| NENA ALLEN, | |
| Defendant. | |

**MOTION TO VACATE JUDGMENTS
AND TO DISMISS WITH PREJUDICE**

COME NOW the HOUSING AUTHORITY FOR THE CITY OF MARIETTA, GEORGIA and LARRY THOMPSON, by counsel, and move this Court pursuant to Federal Rule of Civil Procedure 60(b) for an Order vacating the judgments entered herein and dismissing these actions with prejudice, including the Bill of Costs awarded to Nena Allen, in accordance with a mediated settlement of the parties.

Pursuant to the mediated settlement, party NENA ALLEN, by counsel, consents to this Motion and to waiver of her Bill of Costs previously awarded.

WHEREFORE, for good cause shown, your Movants pray for entry of an Order vacating the judgments and award of costs entered herein and dismissing these actions with prejudice.

Respectfully submitted this 12th day of February, 2004.

/s/ Raymond C. Buday, Jr.
Raymond C. Buday, Jr.
Georgia Bar No. 093400
BROCK, CLAY, CALHOUN,
  WILSON & ROGERS, P.C.
49 Atlanta Street
Marietta, Georgia 30060
Phone:  (770) 422-1776
Fax:     (770) 426-6155

Joseph D. Buccellato
Georgia Bar No. 092080
JOSEPH D. BUCCELLATO & ASSOCIATES, P.C.
4784 Roswell Road, NE
Atlanta, Georgia 30342
Phone:  (404) 847-0960
Fax:     (404) 256-5349

Counsel for Housing Authority for the
City of Marietta and Larry Thompson

WE CONSENT TO THIS MOTION:

*/s/ Jamie B. Aliperti*

Jamie B. Aliperti
Georgia Bar No. 181955
Cynthia L. Patton
Georgia Bar No. 567010
LEGAL AID OF COBB COUNTY
32 Waddell Street
Marietta, Georgia 30090-2900
Phone: (770) 528-2565
Fax:   (770) 528-2574

Dennis Goldstein
Georgia Bar No. 300250
ATLANTA LEGAL AID SOCIETY
1514 East Cleveland Ave, Suite 100
East Point, GA 30344
Phone: (404) 669-0233
Fax:   (404) 669-0944

Counsel for Nena Allen

Roy E. Barnes
Georgia Bar No. 03900
THE BARNES LAW GROUP
P.O. Box 489
Marietta, GA 30090-2900
Phone: (770) 419-8505
Fax:   (770) 590-8958

David A. Webster
Georgia Bar No. 744975
415 Candler Building
127 Peachtree Street
Atlanta, Georgia 30303-1810
Phone: (404) 681-3070
Fax:   (404) 876-0555

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **MOTION TO VACATE JUDGMENTS AND TO DISMISS WITH PREJUDICE** upon all parties by placing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery to:

Jamie B. Aliperti, Esq.
Legal Aid of Cobb County
32 Waddell Street
Marietta, GA 30090-2900

Roy E. Barnes, Esq.
The Barnes Law Group
P.O. Box 489
Marietta, GA 30061

Dennis Goldstein, Esq.
Atlanta Legal Aid Society
1514 East Cleveland Ave., Suite 100
East Point, GA 30344

David A. Webster, Esq.
415 Candler Bldg.
127 Peachtree St.
Atlanta, GA 30303-1810

This /2th day of February, 2004.

Brock, Clay, Calhoun, Wilson & Rogers, P.C.

Raymond C. Buday, Jr.
Georgia Bar No. 093400

49 Atlanta Street
Marietta, Georgia 30060
Phone: (770) 422-1776
Fax:    (770) 426-6155